UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALI MALIK,

                                                                        DECISION AND ORDER

                                   Plaintiff,

                                                                       17-CV-6142L

                   v.

SKOCZYLAS, et al.,

                                  Defendants.
_____


       The Complaint in this action was filed, *pro se*, in 2017.  Service does not appear to have been profected and there has been no action in the case for over one year.  Because of that lack of action, this Court entered an Order to Show Cause on October 28, 2020, directing the plaintiff to advise the Court in writing on or before November 20, 2020, concerning the status of the case.  The document was mailed to plaintiff at his current address, the Coxsackie Correctional Facility.  As of the date of this Decision and Order, plaintiff has failed to respond to the Order to Show Cause.

       Therefore, because of that failure and the delay in prosecuting this case, this case is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and Local Rule of Civil Procedure of the Western District of New York 41(b).

## CONCLUSION

This case is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and Local Rule of Civil Procedure of the Western District of New York 41(b).

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
December 1, 2020.